

**U. S. Department of Justice**

United States Trustee

*Northern District of Illinois*

---

227 West Monroe Street            312-886-5785

Suite 3350                                    FAX / 312-886-5794

Chicago, Illinois 60606

January 19, 2004

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 2 0 2005
KENNETH S. GARDNER, CLERK

Barry Chatz, Esq.
Arnstein & Lehr
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606

Re:    A Berardi Construction Co., Inc.
       Case number 04 B 46307

Dear Mr. Chatz:

On January 11, 2005 Judge Squires entered an Order for Relief in the above captioned involuntary Chapter 7 case. You are appointed to serve as trustee in this matter. Bond is fixed and approved as the blanket bond.

If you reject this appointment you must notify the court and this office within five (5) days of receipt of this letter. Otherwise you will be deemed to have accepted the appointment.

Sincerely,

Ira Bodenstein
United States Trustee

Rejected: _____
Signature

_____
Date