UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  A. Berardi Construction Co., Inc.,    )    Case No. 04 B 46307
                                              )    Chapter 7
            Debtor.                           )    Judge John H. Squires

### Order Converting Case Under Chapter 7 To Case Under Chapter 11 And Entering Order For Relief Under Chapter 11

*The Debtor's Attorney shall serve copies of this order on the Designated Person named in paragraph 3 below, and all professionals known to him who performed services in connection with the Chapter 7 case and shall file a proof of such service.*

This case is before the court on the Debtor's motion under 11 U.S.C. § 706(a) to convert this Chapter 7 case to a case under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* After notice and a hearing, the Court orders as follows:

1. This case is converted to a case under Chapter 11 and an order for relief under Chapter 11 is hereby entered pursuant to 11 U.S.C. § 348(a);

2. The Debtor shall within 15 days after the entry of this order file the lists, statements and schedules required by Fed. R. Bankr. P. 1007; and

3. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates and hereby orders _Anthony Berardi_ ( "Designated Person") to perform the acts the Debtor is required to perform by this order and the Federal Rules of Bankruptcy Procedure.

ENTER:

/s/ John H. Squires
John H. Squires
United States Bankruptcy Judge

Dated: January 27, 2005